[No. 20638–9–I. Division One. August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALEXANDER WRIGHT, ET AL, *Defendants*, KEVIN LAMONT NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 87–1–00627–8, Robert E. Dixon, J., entered June 25, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Winsor and Forrest, JJ.